*Orville A. Park, C. N. Davie,* and *J. F. Kemp,* for defendants.

CITY OF DAWSON *v.* HORSLEY *el al.*

BECK, P. J.  In view of the judgment in this case when it was here before (*City of Dawson* v. *Horsley,* 167 *Ga.* 379, 145 S. E. 455), whereby the judgment of the court below was affirmed, and the agreed statement of facts, the court below did not err in overruling the motion for a new trial.  *Judgment affirmed.  All the Justices concur.*

No. 7040.  FEBRUARY 11, 1930.

*R. R. Jones,* for plaintiff in error.  *W. H. Gurr,* contra.